UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
         :
LATERAL RECOVERY LLC, et al.,         :
         Plaintiffs,  :
         :    21 Civ. 9607 (LGS)
    -against-         :
         :    <u>ORDER</u>
QUEEN FUNDING, LLC, et al.,         :
         Defendants.  :
         :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference was held on October 26, 2022, at 4:00 P.M. It is hereby

**ORDERED** that, as discussed at the conference, if Defendants file a motion for summary judgment now, prior to the close of discovery, they shall waive their right to file other summary judgment motions. If and when such motion is filed, a briefing schedule will issue. It is further

**ORDERED** that Defendants' request to stay discovery pending the resolution of such motion is DENIED.

Dated: October 27, 2022
      New York, New York

                                               LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE