```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LATERAL RECOVERY, LLC, et al.

                     Plaintiffs,

           - against -

QUEEN FUNDING, LLC et al.

                     Defendants.
-------------------------------------------------------------X

21-CV-9607 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     By order dated December 8, 2022 (Dkt. 67), the deadline for Plaintiff to file any response to Defendant's December 19, 2002 letter at Dkt. 68 was December 22, 2022. No response appears on the docket. The Court sua sponte extends the time for Plaintiff to file any response to **December 27, 2022**. If Plaintiff does not file a response, the Court will resolve the issue on the present record.

                                              SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated: December 23, 2022
        New York, New York

Copies transmitted this date to all counsel of record.