IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATERAL RECOVERY, LLC, as assignee of BENCHMARK BUILDERS, INC., FTE NETWORKS, INC., JUS-COM, LLC, and FOCUS WIRELESS, LLC<br><br>Plaintiff,<br><br>v.<br><br>QUEEN FUNDING, LLC, YEHUDA KLEIN, and THE JOHN AND JANE DOE INVESTORS,<br><br>Defendants. | Docket No.: 1:21-cv-09607-LGS-RWL |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that it is hereby stipulated and agreed by undersigned counsel for all parties that this matter is hereby voluntarily dismissed without prejudice and without costs as to all parties.

Dated: April 10, 2023

**WEINSTEIN & WEINSTEIN, LLP**

BY: _____
Jacob Zev Weinstein
420 Central Avenue, Ste 301
Cedarhurst, New York 11516
(646) 450-3484
Jacob@WeinsteinLLP.com
*Attorneys for Defendants Queen Funding, LLC and Yehuda Klein*

**WHITE AND WILLIAMS LLP**

By: _____
Shane R. Heskin
Alex Corey
1650 Market Street, Suite 1800
One Liberty Place
Philadelphia, PA 19103
(215) 864-6329
heskins@whiteandwilliams.com
*Attorneys for Plaintiffs Lateral Recovery, LLC, as assignee of Benchmark Builders, Inc., FTE Networks, Inc., JUS-COM, LLC, and Focus Wireless, LLC*

30530251v.1